1  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
2  Eric M. George (State Bar No. 166403)
     egeorge@bgrfirm.com
3  Carl Alan Roth (State Bar No. 151517)
     croth@bgrfirm.com
4  Noah S. Helpern (State Bar No. 254023)
     nhelpern@bgrfirm.com
5  Jason Y. Kelly (State Bar No. 274144)
     jkelly@bgrfirm.com
6  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
7  Telephone: (310) 274-7100
   Facsimile: (310) 275-5697
8
   Attorneys for Plaintiffs
9  The SM Building Parties

10            UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12  NMS 1539, LLC, a Delaware limited          Case No. 2:20-cv-11318-ODW (JPRx)
    liability company; NMS 1548, LLC, a        Hon. Otis D. Wright, II
13  Delaware limited liability company; 1520
    7TH STREET, LLC, a California limited
14  liability company; NMS15437, LLC, a        **PROOF OF SERVICE RE CITY**
    California limited liability company; 1547 **OF SANTA MONICA**
15  7TH STREET, LLC, a California limited
    liability company; 1557 7TH ST, LLC, a
16  California limited liability company; 1650
    LINCOLN NMS, LLC, a California
17  limited liability company;
    NMS1550LINCOLN, LLC, a California          Action Filed:  December 14, 2020
18  limited liability company; NEBRASKA
    STUDIOS, LLC, a Delaware limited
19  liability company; 3025 OB
    MULTIFAMILY LLC, a Delaware
20  limited liability company; WSC 501
    BROADWAY, LLC, a California limited
21  liability company; WSC 601
    COLORADO AVE, LLC, a California
22  limited liability company; NMS 601
    WILSHIRE, LLC, a California limited
23  liability company; 1313 6TH STREET
    LLC, a Delaware limited liability
24  company; WSC 1318 LINCOLN BLVD,
    LLC, a California limited liability
25  company; 1323 5TH STREET, LLC, a
    California limited liability company; 1338
26  5TH STREET, LLC, a California limited
    liability company; NMS YALE, LLC, a
27  California limited liability company;
    14155NMS, LLC, a Delaware limited
28  liability company; NMS1430LINCOLN,

1  LLC, a California limited liability
company; 14375 NMS, LLC, a California
2  limited liability company; 1437 6TH
STREET, LLC, a California limited
3  liability company; LUXE 1441
LINCOLN, LLC, a California limited
4  liability company; 14255NMS, LLC, a
California limited liability company; 1445
5  9TH STREET, LLC, a Delaware limited
liability company; 1446 YALE STREET,
6  LLC, a Delaware limited liability
company; 1516 STANFORD STREET,
7  LLC, a Delaware limited liability
company; 1038 10TH STREET, LLC, a
8  Delaware limited liability company; 1007
LINCOLN BOULEVARD, LLC, a
9  Delaware limited liability company; 1238
10TH STREET, LLC, a Delaware limited
10  liability company; NMS 14277, LLC, a
California limited liability company; and
11  1433 EUCLID STREET, LLC, a
Delaware limited liability company,

12                    Plaintiffs,

13           vs.

14  CITY OF SANTA MONICA, a municipal
15  corporation; CITY COUNCIL OF THE
CITY OF SANTA MONICA, its
16  governing body; and DOES 1-10,
inclusive,

17                    Defendants.

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE RE CITY OF SANTA MONICA

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|

**Attorney or Party without Attorney:**
Eric M. George (#166403)
BROWNE GEORGE ROSS O'BRIEN, ET AL.
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone No: 310-274-7100

Attorney For: Plaintiff

*Ref. No. or File No.:*

**Insert name of Court, and Judicial District and Branch Court:**
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

Plaintiff: NMS 1539, LLC, a Delaware limited liability company; et al
Defendant: CITY OF SANTA MONICA, a municipal corporation; et al

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 2:20-cv-11318-ODW-JPR |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Civil Minutes-General; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program

3.  a. *Party served:* CITY OF SANTA MONICA, a municipal corporation
    b. *Person served:* Officer Lopez, Authorized to Accept, served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 333 Olympic Blvd, Santa Monica, CA 90401

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Dec 16 2020 (2) at: 03:40 PM

6. **Person Who Served Papers:**
   a. Leon Moore (4303, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $300.29

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

12/18/2020
*(Date)*

*(Signature)*



PROOF OF
SERVICE

*5174713*
*(4531681)*