1  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
2  Eric M. George (State Bar No. 166403)
     egeorge@bgrfirm.com
3  Carl Alan Roth (State Bar No. 151517)
     croth@bgrfirm.com
4  Noah S. Helpern (State Bar No. 254023)
     nhelpern@bgrfirm.com
5  Jason Y. Kelly (State Bar No. 274144)
     jkelly@bgrfirm.com
6  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
7  Telephone: (310) 274-7100
   Facsimile: (310) 275-5697
8
   Attorneys for Plaintiffs
9  The SM Building Parties

10                UNITED STATES DISTRICT COURT

11           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NMS 1539, LLC, a Delaware limited liability company; NMS 1548, LLC, a Delaware limited liability company; 1520 7TH STREET, LLC, a California limited liability company; NMS15437, LLC, a California limited liability company; 1547 7TH STREET, LLC, a California limited liability company; 1557 7TH ST, LLC, a California limited liability company; 1650 LINCOLN NMS, LLC, a California limited liability company; NMS1550LINCOLN, LLC, a California limited liability company; NEBRASKA STUDIOS, LLC, a Delaware limited liability company; 3025 OB MULTIFAMILY LLC, a Delaware limited liability company; WSC 501 BROADWAY, LLC, a California limited liability company; WSC 601 COLORADO AVE, LLC, a California limited liability company; NMS 601 WILSHIRE, LLC, a California limited liability company; 1313 6TH STREET LLC, a Delaware limited liability company; WSC 1318 LINCOLN BLVD, LLC, a California limited liability company; 1323 5TH STREET, LLC, a California limited liability company; 1338 5TH STREET, LLC, a California limited liability company; NMS YALE, LLC, a California limited liability company; 14155NMS, LLC, a Delaware limited liability company; NMS1430LINCOLN, | Case No. 2:20-cv-11318-ODW (JPRx) Hon. Otis D. Wright, II<br><br>**PROOF OF SERVICE RE CITY COUNCIL OF THE CITY OF SANTA MONICA**<br><br>Action Filed: December 14, 2020 |

-1-

Case No. 2:20-cv-11318-ODW (JPRx)
PROOF OF SERVICE RE CITY COUNCIL OF THE CITY OF SANTA MONICA

LLC, a California limited liability company; 14375 NMS, LLC, a California limited liability company; 1437 6TH STREET, LLC, a California limited liability company; LUXE 1441 LINCOLN, LLC, a California limited liability company; 14255NMS, LLC, a California limited liability company; 1445 9TH STREET, LLC, a Delaware limited liability company; 1446 YALE STREET, LLC, a Delaware limited liability company; 1516 STANFORD STREET, LLC, a Delaware limited liability company; 1038 10TH STREET, LLC, a Delaware limited liability company; 1007 LINCOLN BOULEVARD, LLC, a Delaware limited liability company; 1238 10TH STREET, LLC, a Delaware limited liability company; NMS 14277, LLC, a California limited liability company; and 1433 EUCLID STREET, LLC, a Delaware limited liability company,

        Plaintiffs,

  vs.

CITY OF SANTA MONICA, a municipal corporation; CITY COUNCIL OF THE CITY OF SANTA MONICA, its governing body; and DOES 1-10, inclusive,

        Defendants.

| Attorney or Party without Attorney: <br> Eric M. George (#166403) <br> BROWNE GEORGE ROSS O'BRIEN, ET AL. <br> 2121 Avenue of the Stars, Suite 2800 <br> Los Angeles, CA 90067 <br>    Telephone No: 310-274-7100 <br><br>    Attorney For: Plaintiff | *Ref. No. or File No.:* | For Court Use Only |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT <br> CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION ||| 
| Plaintiff: NMS 1539, LLC, a Delaware limited liability company; et al <br> Defendant: CITY OF SANTA MONICA, a municipal corporation; et al |||
| **PROOF OF SERVICE** | Hearing Date:    Time:    Dept/Div: | Case Number: <br> 2:20-cv-11318-ODW-JPR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Civil Minutes-General; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program

3. a. Party served:    CITY COUNCIL OF THE CITY OF SANTA MONICA, its governing body
   b. Person served:    Officer Lopez, Authorized to Accept, served under F.R.C.P. Rule 4.

4. Address where the party was served:    333 Olympic Blvd, Santa Monica, CA 90401

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Dec 16 2020 (2) at: 03:40 PM

6. **Person Who Served Papers:**
   a. Leon Moore (4303, Los Angeles)      d. **The Fee** for Service was: $176.36
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

| 12/18/2020 | *(signature)* |
|---|---|
| (Date) | (Signature) |



PROOF OF SERVICE

5174723
(4531684)