GEORGE S. CARDONA (SBN 135439)
Interim City Attorney
george.cardona@smgov.net
KIRSTEN R. GALLER (SBN 227171)
Deputy City Attorney
kirsten.galler@smgov.net
HEIDI VON TONGELN (SBN 239331)
heidi.vontongeln@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8336
Facsimile: (310) 395-6727

Attorneys for Defendants
CITY OF SANTA MONICA and
CITY COUNCIL OF THE CITY
OF SANTA MONICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NMS 1539, LLC, a Delaware limited liability company; NMS 1548, LLC, a Delaware limited liability company; 1520 7TH STREET, LLC, a California limited liability company; NMS15437, LLC, a California limited liability company; 1547 7TH STREET, LLC, a California limited liability company; 1557 7TH ST, LLC, a California limited liability company; 1650 LINCOLN NMS, LLC, a California limited liability company; NMS1550LINCOLN, LLC, a California limited liability company; NEBRASKA STUDIOS, LLC, a Delaware limited liability company; 3025 OB MULTIFAMILY LLC, a Delaware limited liability company; WSC 501 BROADWAY, LLC, a California limited liability company; WSC 601 COLORADO AVE, LLC, a California limited liability company; NMS 601 WILSHIRE, LLC, a California limited liability company; 1313 6TH STREET LLC, a Delaware limited liability company; WSC 1318 LINCOLN BLVD, LLC, a California limited liability company; 1323 5TH STREET, LLC, a California limited liability company; 1338 5TH STREET, LLC, a California limited liability company; NMS YALE, LLC, a California limited liability company; 14155NMS, LLC, a Delaware limited liability company; | Case No.: 2:20-cv-11318-FLA-JPR<br><br>**[PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTION TO DISMISS FIRST AMENDED COMPLAINT AND MOTION TO STAY AND EXTENDING PAGE LIMITATIONS FOR BRIEFING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Honorable Fernando L. Aenlle-Rocha |

| | |
|---|---|
| 1 | NMS1430LINCOLN, LLC, a California limited liability company; 14375 NMS, LLC, a California limited liability company; 1437 6TH STREET, LLC, a California limited liability company; LUXE 1441 LINCOLN, LLC, a California limited liability company; 14255NMS, LLC, a California limited liability company; 1445 9TH STREET, LLC, a Delaware limited liability company; 1446 YALE STREET, LLC, a Delaware limited liability company; 1516 STANFORD STREET, LLC, a Delaware limited liability company; 1038 10TH STREET, LLC, a Delaware limited liability company; 1007 LINCOLN BOULEVARD, LLC, a Delaware limited liability company; 1238 10TH STREET, LLC, a Delaware limited liability company; NMS 14277, LLC, a California limited liability company; 1433 EUCLID STREET, LLC, a Delaware limited liability company, ; and Trenton Armitage, an individual, on behalf of himself and all others similarly situated,, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | Plaintiffs, |
| 16 | v. |
| 17 | CITY OF SANTA MONICA, a municipal corporation; CITY COUNCIL OF THE CITY OF SANTA MONICA, its governing body, and DOES 1-10, inclusive, |
| 18 | |
| 19 | |
| 20 | Defendants. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

The Court, having considered the parties' joint stipulation, and good cause having been shown, hereby grants the joint stipulation and orders as follows:

1. The deadline for Defendants to file their motion to dismiss the First Amended Complaint and alternative motion to stay is July 16, 2021. Defendants' memorandum of points and authorities in support of the motion to dismiss the First Amended Complaint shall not exceed 30 pages. The page limitation on Defendants' memorandum of points and authorities in support of the alternative motion to stay shall be governed by L.R. 11-6.

2. The deadline for Plaintiffs to file oppositions to the motion to dismiss the First Amended Complaint and alternative motion to stay is August 27, 2021. Plaintiffs' opposition to the motion to dismiss shall not exceed 30 pages. The page limitation on Plaintiffs' opposition to the alternative motion to stay shall be governed by L.R. 11-6.

3. The deadline for Defendants to file replies in support of the motion to dismiss the First Amended Complaint and alternative motion to stay is September 17, 2021. Defendants' reply in support of the motion to dismiss shall not exceed 18 pages. Defendants' reply in support of the alternative motion to stay shall not exceed 15 pages.

4. The hearing on Defendants' motion to dismiss the First Amended Complaint and alternative motion to stay shall be held on October 1, 2021, or as soon thereafter as the matter may be heard.

**IT IS SO ORDERED.**

Dated: _____

FERNANDO L. AENLLE-ROCHA
United States District Judge