SUSAN Y. COLA (SBN 178360)
Interim City Attorney
susan.cola@santamonica.gov
KIRSTEN R. GALLER (SBN 227171)
Deputy City Attorney
kirsten.galler@smgov.net
HEIDI VON TONGELN (SBN 239331)
heidi.vontongeln@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8336
Facsimile: (310) 395-6727

BERRY SILBERBERG STOKES PC
CAROL M. SILBERBERG (SBN 217658)
csilberberg@berrysilberberg.com
155 North Lake Avenue, Suite 800
Pasadena, CA 91101
Telephone: (213) 986-2688

Attorneys for Defendants
CITY OF SANTA MONICA and
CITY COUNCIL OF THE CITY OF
SANTA MONICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NMS 1539, LLC, a Delaware limited liability company; NMS 1548, LLC, a Delaware limited liability company; 1520 7TH STREET, LLC, a California limited liability company; NMS15437, LLC, a California limited liability company; 1547 7TH STREET, LLC, a California limited liability company; 1557 7TH ST, LLC, a California limited liability company; 1650 LINCOLN NMS, LLC, a California limited liability company; NMS1550LINCOLN, LLC, a California limited liability company; NEBRASKA STUDIOS, LLC, a Delaware limited liability company; 3025 OB MULTIFAMILY LLC, a Delaware limited liability company; WSC 501 BROADWAY, LLC, a California limited liability company; WSC 601 COLORADO AVE, LLC, a California | Case No. 2:20-cv-11318-FLA (JPRx) Hon. Fernando L. Aenlle-Rocha Magistrate: Jean P. Rosenbluth<br><br>**DECLARATION OF CAROL M. SILBERBERG IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Hearing Date:  August 5, 2022<br><br>Hearing Time: 1:30 PM<br><br>Action Filed:  December 14, 2020 |

Case No. 2:20-cv-11318-FLA (JPRx)
**DECLARATION OF CAROL M. SILBERBERG**

| | |
|---|---|
| 1 | limited liability company; NMS 601 WILSHIRE, LLC, a California limited |
| 2 | liability company; 1313 6TH STREET LLC, a Delaware limited liability |
| 3 | company; WSC 1318 LINCOLN BLVD, LLC, a California limited liability |
| 4 | company; 1323 5TH STREET, LLC, a California limited liability company; 1338 |
| 5 | 5TH STREET, LLC, a California limited liability company; NMS YALE, LLC, a |
| 6 | California limited liability company; 14155NMS, LLC, a Delaware limited |
| 7 | liability company; NMS1430LINCOLN, LLC, a California limited liability |
| 8 | company; 14375 NMS, LLC, a California limited liability company; 1437 6TH |
| 9 | STREET, LLC, a California limited liability company; LUXE 1441 |
| 10 | LINCOLN, LLC, a California limited liability company; 14255NMS, LLC, a |
| 11 | California limited liability company; 1445 9TH STREET, LLC, a Delaware limited |
| 12 | liability company; 1446 YALE STREET, LLC, a Delaware limited liability |
| 13 | company; 1516 STANFORD STREET, LLC, a Delaware limited liability |
| 14 | company; 1038 10TH STREET, LLC, a Delaware limited liability company; 1007 |
| 15 | LINCOLN BOULEVARD, LLC, a Delaware limited liability company; 1238 |
| 16 | 10TH STREET, LLC, a Delaware limited liability company; NMS 14277, LLC, a |
| 17 | California limited liability company; 1433 EUCLID STREET, LLC, a Delaware |
| 18 | limited liability company; and Trenton Armitage, an individual, on behalf of |
| 19 | himself and all others similarly situated, |
| 20 | Plaintiffs, |
| 21 | v. |
| 22 | CITY OF SANTA MONICA, a municipal corporation; CITY COUNCIL OF THE |
| 23 | CITY OF SANTA MONICA, its governing body, and DOES 1-10, |
| 24 | inclusive, |
| 25 | Defendants. |
| 26 | |
| 27 | |
| 28 | Case No. 2:20-cv-11318-FLA (JPRx) |

**DECLARATION OF CAROL M. SILBERBERG IN SUPPORT OF
MOTION TO STAY DISCOVERY**

## Declaration of Carol M. Silberberg

I, Carol M. Silberberg, declare as follows:

1.  I am an attorney, duly licensed to practice law in the State of California and am an attorney in the law firm of Berry Silberberg Stokes PC, counsel for Defendants City of Santa Monica and the City Council of the City of Santa Monica. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

2.  On or about November 15, 2021, Plaintiffs voluntarily dismissed without prejudice the verified petition for writ of mandate it filed against the City of Santa Monica and the Santa Monica City Council in L.A. Superior Court on December 7, 2020.  On March 11, 2021, the state court had set the hearing on the petition of writ of mandate for January 27, 2022.

3.  On or about November 23, 2021, Plaintiffs served a set of document requests on each defendant, each consisting of 71 separate requests.  The first 34 requests sought "All DOCUMENTS and COMMUNICATIONS CONCERNING" each of the 33 named plaintiffs.

4.  On February 4, 2022, Defendants served their responses and objections. Such objections included overbreadth, lack of relevance, as well as objections based on deliberative process privilege and legislative privilege, among others.  On or about February 14, 2022, Defendants produced approximately 1500 pages of documents, which in addition to other public meeting materials, included the full record of what was before the City Council when it held a first and second reading on the ordinance adopting Chapter 6.22

5.  On February 17, 2022, Plaintiffs served a Deposition Notice for the deposition of David White, who is the City Manager, and such position is the administrative head of the City.  Mr. White began in his role as City Manager in October 2021.  Defendants served objections to the Deposition Notice.

6. On February 17, 2022, Plaintiffs served a Deposition Subpoena on Mr. Michael Soloff, who is the Mayor's husband. Defendants also served objections with respect to this subpoena. I understand that Mr. Soloff also objected to the subpoena.

7. In addition to written correspondence, in March 2022, the parties conducted a telephonic meet and confer and continue to meet and confer on their discovery disputes, both with respect to the documents and depositions, and based on our conversation, I understood that Plaintiffs were also having on-going conversations with the non-party Mr. Soloff.

8. During this telephonic meet and confer, Plaintiffs also indicated they plan to serve additional discovery, including interrogatories.

9. During the March 2022 telephonic meet and confer, Defendants indicated that in light of the broad discovery sought, the overlapping issues between certain disputes being litigated in the Pending Motions, any discovery motions, their belief that their Pending Motions will dismiss (or significantly narrow) this Action, and judicial efficiency, they were considering filing a motion to stay discovery

10. In early May 2022, the Defendants confirmed their intent to file this motion in writing, and then further met and conferred with Plaintiffs concerning the appropriateness of the motion and attempted to resolve this dispute prior to the filing of this motion. (*See* Exh. A attached hereto – true and correct copy of correspondence dated May 6, 2022.)

11. As Landlord Plaintiffs alleged, the state criminal complaint was filed on January 21, 2021. (FAC ¶ 181.) At the time of this filing, I understand that this proceeding is still pending and a pretrial hearing is currently scheduled for June 9, 2022. (See Exh. B attached hereto.)

///

///

///

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed this 3rd day of June, 2022, at Los Angeles, California

                                          /s/   *Carol M. Silberberg*
                                               Carol M. Silberberg

**DECLARATION OF CAROL M. SILBERBERG IN SUPPORT OF
MOTION TO STAY DISCOVERY**