# EXHIBIT B

Case 2:20-cv-11318-FLA-JPR   Document 66-3   Filed 06/03/22   Page 2 of 3   Page ID #:1758

This minute order is not an official copy unless Court certification is affixed.

```
                              MINUTE ORDER
             SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES


DATE PRINTED: 05/19/22

--------------------------------------------------------------------
CASE NO. 1AR21055

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 02:  WS  COMMUNITIES LLC

--------------------------------------------------------------------



BAIL: APPEARANCE   AMOUNT     DATE       RECEIPT OR   SURETY COMPANY    REGISTER
         DATE      OF BAIL    POSTED     BOND NO.                       NUMBER

CASE FILED ON 01/21/21.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 02/01/20 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 396(E) PC MISD
COUNT 02: 396(E) PC MISD
COUNT 03: 396(E) PC MISD


ON 05/19/22 AT  830 AM  IN AIRPORT COURTHOUSE DEPT W93

CASE CALLED FOR PRETRIAL HEARING

PARTIES: LYNN H. SCADUTO (JUDGE)   ANGEL M. JOHNSON   (CLERK)

         ELECTRONIC RECORDING        (REP)  JONATHAN DAVID FRANK  (CA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY DAVID J. CARROLL PRIVATE
 COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
DAVID J. CARROLL PRIVATE COUNSEL

DEPUTY CITY ATTORNEY AUTUMN RINDELS IS PRESENT VIA WEB EX.
.
DEFENSE COUNSELS LUKE FIEDLER AND JENNIE VONCANNON ARE BOTH
PRESENT VIA WEB EX.
.
DEFENSE MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION IN
LIMINE TO EXCLUDE EVIDENCE AND ISSUE JURY INSTRUCTIONS IS HEARD,
ARGUED AND TAKEN UNDER SUBMISSION.
.
PEOPLE'S MOTION FOR LEAVE TO AMEND THE COMPLAINT IS HEARD,


                                             PRETRIAL HEARING
            PAGE NO.   1                     HEARING DATE: 05/19/22
```

This minute order is not an official copy unless Court certification is affixed.

```
CASE NO. 1AR21055
DEF NO.  02                                           DATE PRINTED 05/19/22
```

ARGUED, AND TAKEN UNDER SUBMISSION.
.
MATTER IS CONTINUED FOR PRETRIAL HEARING SET FOR JUNE 9, 2022,
AT 8:30 A.M., IN THIS DEPARTMENT.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
06/09/22   830 AM   PRETRIAL HEARING    DIST AIRPORT COURTHOUSE DEPT W93

DAY 00 OF 30

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

```
                                                   PRETRIAL HEARING
                        PAGE NO.    2              HEARING DATE: 05/19/22
```