SUSAN Y. COLA (SBN 178360)
Interim City Attorney
susan.cola@santamonica.gov
KIRSTEN R. GALLER (SBN 227171)
Deputy City Attorney
kirsten.galler@smgov.net
HEIDI VON TONGELN (SBN 239331)
heidi.vontongeln@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8336
Facsimile: (310) 395-6727

BERRY SILBERBERG STOKES PC
CAROL M. SILBERBERG (SBN 217658)
csilberberg@berrysilberberg.com
155 North Lake Avenue, Suite 800
Pasadena, CA 91101
Telephone: (213) 986-2688

Attorneys for Defendants
CITY OF SANTA MONICA and
CITY COUNCIL OF THE CITY
OF SANTA MONICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NMS 1539, LLC, a Delaware limited liability company; NMS 1548, LLC, a Delaware limited liability company; 1520 7TH STREET, LLC, a California limited liability company; NMS15437, LLC, a California limited liability company; 1547 7TH STREET, LLC, a California limited liability company; 1557 7TH ST, LLC, a California limited liability company; 1650 LINCOLN NMS, LLC, a California limited liability company; NMS1550LINCOLN, LLC, a California limited liability company; NEBRASKA STUDIOS, LLC, a Delaware limited liability company; 3025 OB MULTIFAMILY LLC, a Delaware limited liability company; WSC 501 BROADWAY, LLC, a California limited liability company; WSC 601 COLORADO AVE, LLC, a California limited liability company; NMS 601 WILSHIRE, LLC, a California limited liability company; 1313 6TH | Case No.:   2:20-cv-11318-FLA-JPR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>Hearing Date:  August 5, 2022<br><br>Hearing Time: 1:30 PM<br><br>Action Filed:   December 14, 2020 |

| | |
|---|---|
| 1 | STREET LLC, a Delaware limited liability company; WSC 1318 LINCOLN BLVD, LLC, a California limited liability company; 1323 5TH STREET, LLC, a California limited liability company; 1338 5TH STREET, LLC, a California limited liability company; NMS YALE, LLC, a California limited liability company; 14155NMS, LLC, a Delaware limited liability company; NMS1430LINCOLN, LLC, a California limited liability company; 14375 NMS, LLC, a California limited liability company; 1437 6TH STREET, LLC, a California limited liability company; LUXE 1441 LINCOLN, LLC, a California limited liability company; 14255NMS, LLC, a California limited liability company; 1445 9TH STREET, LLC, a Delaware limited liability company; 1446 YALE STREET, LLC, a Delaware limited liability company; 1516 STANFORD STREET, LLC, a Delaware limited liability company; 1038 10TH STREET, LLC, a Delaware limited liability company; 1007 LINCOLN BOULEVARD, LLC, a Delaware limited liability company; 1238 10TH STREET, LLC, a Delaware limited liability company; NMS 14277, LLC, a California limited liability company; 1433 EUCLID STREET, LLC, a Delaware limited liability company; and Trenton Armitage, an individual, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF SANTA MONICA, a municipal corporation; CITY COUNCIL OF THE CITY OF SANTA MONICA, its governing body, and DOES 1-10, inclusive,<br><br>        Defendants. | |

     The Motion to Stay Discovery filed by Defendants City of Santa Monica and City Council of the City of Santa Monica came on regularly for hearing on August 5, 2022, in the above-titled court. The Honorable Fernando L. Aenlle-Rocha presiding.

     Having considered the papers submitted by the parties, and the cause having been argued and submitted for decision, and finding good cause, the Court finds as follows:

1. All discovery in this action shall be stayed upon issuance of this Order.
2. After the Court rules upon the pending Motion to Dismiss and Motion to Abstain and Stay, the Court will issue an order regarding the status of discovery and the lifting of the stay.

     Therefore, IT IS ORDERED THAT Defendants' Motion to Stay Discovery is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

                                FERNANDO L. AENLLE-ROCHA
                                  United States District Judge