# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NMS 1539, LLC, a Delaware limited liability company; et al.<br><br>Plaintiff(s)<br><br>v.<br><br>CITY OF SANTA MONICA, a municipal corporation; et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:20-cv-11318-FLA (JPRx)<br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [DKT. 81]** |

The court hereby orders that the request of:

NMS 1539, LLC, et al.  ☒ Plaintiffs  ☐ Defendant  ☐ Other
*Name of Party*

to substitute  Larry C. Russ  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

12424 Wilshire Blvd #1200
*Street Address*

Los Angeles, CA 90025                    lruss@raklaw.com
*City, State, Zip*                         *E-Mail Address*

310-826-7474             310-826-6991             82760
*Telephone Number*       *Fax Number*             *State Bar Number*

as attorney of record instead of  Eric M. George, Carl A. Roth, Noah S. Helpern, and Jason Y. Kelly of Ellis George
*List **all** attorneys from same firm or agency who are withdrawing.*
Cipollone O'Brien Annaguey LLP

**is hereby**  ☒ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  10/28/2022                            *[signature]*
                                             U. S. District Judge